**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION AT LOS ANGELES**

ADEIA MEDIA HOLDINGS INC. & ADEIA TECHNOLOGIES INC.,

Plaintiffs,

v.

DIRECTV, LLC,

Defendant.

Case No. 2:26-cv-07222-FLA (BFM)

**ORDER RE STIPULATED PROTECTIVE ORDER**

Judge: Hon. Fernando L. Aenlle-Rocha
Magistrate: Hon. Brianna Fuller Mircheff

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

**IT IS SO ORDERED**.

DATED: NOVEMBER 18, 2026

BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE